ACCEPTED
04-16-00133-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/31/2016 2:11:03 PM
KEITH HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FOURTH APPELLATE DISTRICT OF TEXAS
## SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/31/2016 2:11:03 PM

KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| **JAMES CLINTON COYLE,** | § | |
| **Appellant,** | § | |
| | § | |
| **VS.** | § | **NO. 04-16-00133-CV** |
| | § | |
| **COYLE FAMILY FARM, INC.,** | § | |
| **Appellee.** | § | |

ON APPEAL FROM
CAUSE NO. 3208
COUNTY COURT AT LAW,
MEDINA COUNTY, TEXAS
HONORABLE VIVIAN TORRES, JUDGE PRESIDING

---

## APPELLANT'S MOTION FOR LEAVE TO FILE APPELLANT'S SUPPLEMENTAL BRIEF WITH BRIEF ATTACHED

---

ANTON E. HACKEBEIL
State Bar No. 08667150
P.O. Box 220
Hondo, Texas 78861
Tel: (830) 741-7001
Fax: (866) 743-4537
Email: tonyhackebeil@att.net
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Appellant, James Clinton Coyle, by and through the undersigned counsel and files this Motion for Leave to File Appellant's Supplemental Brief with Brief Attached, and would show the court the following:

Counsel for Appellant would show that counsel failed to include in Appellant's Brief an argument critical to sustain Appellant's plea to this court that is contained in the Mediated Settlement Agreement ("MSA") referred to in and attached to Appellant's Brief which Appellant's counsel believes could eliminate the need for argument on other points in Appellant's Brief but without abandoning Appellant's original Brief.

Appellant's Supplemental Brief is attached to this motion and is short and concise in identifying a provision in the MSA that Appellant's counsel believes should eliminate the need for additional arguments and reliance on legal theories since the very document upon which Appellee relies for its requested relief precludes Appellee from pursuing any action with regard to a dispute of terms of the MSA in any forum except the District Court of the 38th Judicial District.

Wherefore, premises considered, Appellant prays that this court grant his Motion for Leave to file Appellant's Supplemental Brief and accept Appellant's Brief as attached to this Motion.

Respectfully submitted,


/s/ Anton E. Hackebeil
ANTON E. HACKEBEIL
State Bar No. 08667150
P.O. Box 220
Hondo, Texas 78861
Tel: (830) 741-7001
Fax: (866) 743-4537
Email: tonyhackebeil@att.net
ATTORNEY FOR APPELLANT


## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point font for text, 12-point for footnotes. I also certify that this document contains approximately 440 words.


/s/ Anton E. Hackebeil
Anton E. Hackebeil

## CERTIFICATE OF SERVICE

This is to certify that on August 31, 2016, a true and correct copy of Appellant's Motion for Leave to File Supplemental Brief with Brief Attached was served on John C. Chunn, attorney for Appellee, P.O. Box 396, Hondo, Texas 78861, by electronic filing manager.

/s/ Anton E. Hackebeil
Anton E. Hackebeil
Counsel for Appellant